# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 287 |
| | : | |
| ORDER AMENDING RULES 102, 105, | : | APPELLATE PROCEDURAL RULES |
| 120, 121, 301, 313, 341, 502, 553, 701, | : | |
| 702, 901, 1311, 1312, 1316, 1323, 1501, | : | DOCKET |
| 1502, 1503, 1504, 1511, 1512, 1513, | : | |
| 1514, 1515, 1516, 1517, 1531, 1532, | : | |
| 1541, 1542, 1543, 1551, 1561, 1571, | : | |
| 1573, 1701, 1702, 1704, 1762, 1770, | : | |
| 1781, 1911, 2702, 3307, 3331 AND | : | |
| ADOPTING RULES 1601, 1602, 1603, | : | |
| 1604, 1605, 1606, 1610, 1611, 1612, | : | |
| 1613 OF THE PENNSYLVANIA RULES | : | |
| OF APPELLATE PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of January, 2020, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published for public comment at 46 Pa.B. 2518 (May 21, 2016):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 102, 105, 120, 121, 301, 313, 341, 502, 553, 701, 702, 901, 1311, 1312, 1316, 1323, 1501, 1502, 1503, 1504, 1511, 1512, 1513, 1514, 1515, 1516, 1517, 1531, 1532, 1541, 1542, 1543, 1551, 1561, 1571, 1573, 1701, 1702, 1704, 1762, 1770, 1781, 1911, 2702, 3307, 3331 of the Pennsylvania Rules of Appellate Procedure are amended and Rules 1601, 1602, 1603, 1604, 1605, 1606, 1610, 1611, 1612, and 1613 of the Pennsylvania Rules of Appellate Procedure are adopted in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective August 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.